FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 26 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ROBERT HATCHER,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICERS
MICHAEL NOBOA, BENJAMIN LEE, SERGEANT
CHARLES TELFORD, POLICE OFFICERS JOHN DOE
NUMBERS 1-2, UNKNOWN AND INTENDED TO BE
OTHER NEW YORK CITY POLICE DEPARTMENT
OFFICERS INVOLVED IN THE OCCURRENCE
HEREIN,

                              Defendants.

-------------------------------------------------------------- x

**STIPULATION AND ORDER
OF WITHDRAWAL AND
DISMISSAL**

CV 08-3735 (DLI) (VVP)

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about September 15, 2008 in the Eastern District of New York alleging violations of his federal and state rights; and

**WHEREAS**, at the time of the filing of this complaint, plaintiff was and continues to be represented by Andrew A. Rowe, Esq.;

**WHEREAS**, the City of New York, Michael Noboa, and Charles Telford are named defendants in this case; and

**WHEREAS**, plaintiff Robert Hatcher no longer wishes to pursue any claims against defendants City of New York, Michael Noboa, and Charles Telford;

**WHEREAS**, by Order dated April 17, 2009, this Court dismissed with prejudice all claims against defendants New York City Police Department and Benjamin Lee;

May 20 2009 08:14am  973-763-7552  p.2
Nov 14 08 06:52p  Andrew R. Rowe
Received:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiff and defendants, as follows:

1. Any and all claims against the defendants City of New York, Michael Noboa, and Charles Telford are dismissed, with prejudice.

2. Any and all successors or assigns, present or former employees, representatives and agents of the City of New York, Michael Noboa, and Charles Telford are released and discharged from any and all liability, claims, or rights of action which were or could have been alleged by plaintiff arising out of the events alleged in the complaint in said action, including all claims for attorney's fees, expenses and costs.

3. The above action is withdrawn and discontinued, with prejudice, without attorney fees or costs to any party.

Dated: New York, New York
May 20, 2009

Andrew A. Rowe, Esq.
The Law Office of Andrew A. Rowe
Attorney for Plaintiff
25 Washington Street, Suite 303
Brooklyn, NY 11201
(212) 732-7412

By: _____
Andrew A. Rowe, Esq.

SO ORDERED:

S/DLI
_____
Honorable Dora L. Irizarry
United States District Judge, E.D.N.Y.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants City of New York, Michael Noboa, and Charles Telford
100 Church Street, Room 3-186
New York, New York 10007
(212) 788-8084

By: _____
David M. Hazan
Senior Counsel

Dated: Brooklyn, NY
May 21, 2009

2

Nov 14 08 06:53p   Andrew A. Rowe   973-763-7552   p.3
May 20 2009 08:14am   RECEIVED: